IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERT CARRENO, JR., | § § § | |
| *Movant*, | § § | |
| v. | § § | Civil Action No.  SA-14-CV-287-XR |
| | § | Criminal Action No.  SA-11-CR-836(1) |
| UNITED STATES OF AMERICA, | § § | |
| *Respondent*. | § § § | |

**ORDER**

On this date, the Court considered the United States Magistrate Judge's Memorandum and Recommendation, filed July 16, 2014, in the above-numbered and styled case (crim. docket no. 277). The Magistrate Judge recommends that Movant's § 2255 motion be denied.

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file his written objections within fourteen days after being served with a copy of the findings and recommendations. 28 U.S.C. § 636(b)(1). The Magistrate Judge's recommendation was first mailed by certified mail on July 16, 2014 and was received on July 24. Docket nos. 279, 280. The Court then re-sent a copy on July 28, 2014 with a corrected inmate number, which and was received on August 4, according to certified mail records. Docket no. 282. No objections have been filed. Because no party has objected to the Magistrate Judge's Memorandum and Recommendation, the Court need not conduct a *de novo* review. *See* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.").

The Court has reviewed the Memorandum and Recommendation and finds it to be neither clearly erroneous nor contrary to law.  *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989).  Accordingly, the Court ACCEPTS the Magistrate Judge's recommendation and DENIES Carreno's § 2255 motion (Crim. Docket no. 251).

It is so ORDERED.

SIGNED this 28th day of August, 2014.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE